UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

**JOSEPH EARL PURVEY JR., et al.,**

    Plaintiff,

V.                                                   No. 3:20-cv-00317-TAV-HBG

**KNOXVILLE POLICE DEPARTMENT, et al.,**

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Comes now the Defendant, Kroger Limited Partnership I, (incorrectly sued as "The Kroger Co.") pursuant to Fed. R. Civ. 7.1, and submits its Corporate Disclosure Statement as follows:

1. All parent corporations, if any, of the Named Defendant – The Kroger Co.

2. All subsidiaries not wholly owned by the Named Defendant: - None

3. All publicly held companies, if any, that own ten percent (10%) or more of the named parties stock: -None

                                                      Respectfully submitted:

                                                      /s/ Federico A. Flores
                                                      Federico A. Flores – 029806
                                                      Attorney for Kroger Limited Partnership I
                                                      Spicer Rudstrom, PLLC
                                                      800 S. Gay Street, Suite 1400
                                                      Knoxville, TN  37929
                                                      Phone: (865) 673-8516

## CERTIFICATE OF SERVICE

       I hereby certify that on October 28, 2020, a copy of the foregoing corporate disclosure statement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Joseph Earl Purvey, Jr.
6339 Charlotte Pike, PMB 2066
Nashville, TN 37209

Sierra Michael
6339 Charlotte Pike, PMB 2066
Nashville, TN 37209

                                               /s/ Federico A. Flores
                                               Federico A. Flores - 029806